IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AKHIKPEMEL BRAIMAH. ) | |
| ) | |
| Petitioner, ) | |
| ) | 4:04CV3373 |
| vs. ) | |
| ) | ORDER |
| HAROLD W. CLARKE, ) | |
| ) | |
| Respondent. ) | |
| ) | |

    This matter is before the court on filing no. 30, the motion for leave to withdraw counsel, filed by the respondent. Filing no. 30 also seeks leave to substitute Kimberly A. Klein for Kevin Slimp as counsel on record for the respondent.

    IT THEREFORE IS ORDERED that the motion for leave to withdraw (#30) is granted. The Clerk shall send Kevin Slimp a copy of this order, and then remove him from the distribution list for this case. Kimberly A. Klein will now be the counsel on record for the respondent in this case.

    DATED this 22nd day of December, 2005.

    BY THE COURT:

    s/F.A. GOSSETT
    United States Magistrate Judge