IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AKHIKPEMEL BRAIMAH, | ) | |
| | ) | |
| Petitioner, | ) | 4:04cv3373 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

Before the court is filing no. 51, the Motion to Withdraw, in which the petitioner, Akhikpemel Braimah, moves for a voluntary dismissal of the above-entitled habeas corpus case because he is being deported by the Immigration and Naturalization Service, or its successor, and he seeks closure of his legal matters. The court will grant the requested voluntary dismissal, without prejudice, although, as a practical matter, the petitioner is unlikely to be able to return to this court in the future.

THEREFORE, IT IS ORDERED:

1.  That filing no. 51, the petitioner's Motion to Withdraw, seeking a voluntary dismissal of the above-entitled case, is granted; and

2.  That a separate judgment will be filed accordingly.

September 15, 2006.            BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge